
RECEIVED
IN MONROE, LA
NOV 0 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| MICKEY McCURTIS | * | CRIMINAL NO. 04-1166 |
| VERSUS | * | JUDGE JAMES |
| VENETIA MICHAELS | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 (Document No. 1) is hereby **GRANTED,** and this matter **REMANDED** to the Second Judicial District Court for the Parish of Jackson for a new trial or for further proceedings not inconsistent herewith.

THUS DONE AND SIGNED this 6 day of November, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION